declare the St. Bernard Parish Ordinance No. 21–60 unconstitutional?

No. 1658. SHAFFER v. VALTIERRA ET AL. Appeal from D. C. N. D. Cal. Probable jurisdiction noted and case set for oral argument with No. 1557 [probable jurisdiction noted, 398 U. S. 949]. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this matter.

No. 2300, Misc. McKEIVER ET AL. v. PENNSYLVANIA. Appeal from Sup. Ct. Pa. Motion of appellants for leave to proceed *in forma pauperis* granted. Probable jurisdiction noted. Case transferred to appellate docket and set for oral argument with No. 1441 [*In re Burrus*, certiorari granted, 397 U. S. 1036].

No. 1170. GILLETTE v. UNITED STATES. C. A. 2d Cir. Certiorari granted.

No. 1873, Misc. TATE v. SHORT. Ct. Crim. App. Tex. Motion for leave to proceed *in forma pauperis* granted. Certiorari granted and case transferred to appellate docket.

No. 1669, Misc. NEGRE v. LARSEN ET AL. C. A. 9th Cir. Motion for leave to proceed *in forma pauperis* and certiorari granted. Case transferred to appellate docket and set for oral argument immediately following No. 1170, *supra*.